AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

TOMAS VILLALOVOS,

    Plaintiff,

V.

ISIDRO BACA, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:12-CV-00076-RCJ-VPC

__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.

June 7, 2012                                       **LANCE S. WILSON**
Date                                                   Clerk

                                                           /s/   M. Campbell
                                                              Deputy Clerk